FILED
CLERK, U.S. DISTRICT COURT
MAR -3 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 14-496mJ- |
| Plaintiff, | |
| vs. | ORDER OF DETENTION AFTER HEARING |
| | [Fed.R.Crim.P. 32.1(a)(6); |
| | 18 U.S.C. 3143(a)] |
| _Messen_ Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___none___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___PSA Rpt___

1
2
3
4     and/or
5  B.  ( )  The defendant has not met his/her burden of establishing by
6     clear and convincing evidence that he/she is not likely to pose
7     a danger to the safety of any other person or the community if
8     released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9     on: _____
10    _____
11    _____
12    _____
13
14    IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated: __3/4/14__
18
19
20                                    UNITES STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28